UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | * | |
| VERSUS | * | NO. 12-138 |
| | * | |
| GIE PRESTON | * | SECTION: "K" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS EVIDENCE AND STATEMENTS

NOW INTO COURT comes Gie Preston, appearing herein through undersigned counsel, who respectfully requests that this Honorable Court suppress (1) evidence obtained following illegal arrests and searches and (2) statements which are both fruits of those illegal arrests and which were taken in violation of Mr. Preston's Fifth and Sixth Amendment rights to counsel, based on the reasons and authority set forth in the attached memorandum. In the event that the Court determines that suppression is not justified based on the showing in this motion and supporting memorandum, Mr. Preston moves this Court to order an evidentiary hearing regarding the circumstances of the arrests, searches, and statements, wherein he can demonstrate and establish to the Court the allegations made herein.

Respectfully submitted,

/s/ *William Sothern*
WILLIAM SOTHERN, La. Bar 27884
Law Office of William M. Sothern
3015 Magazine Street
New Orleans, LA 70115
(504) 581-9083
billys@thejusticecenter.org

*Attorney for Gie Preston*

1

2

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record on the 7th day of February, 2014.

                                                     /s/ *William Sothern*
                                                     WILLIAM SOTHERN, La. Bar 27884